**Ida M. GILMORE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2007–3188.**

United States Court of Appeals, Federal Circuit.

Jan. 23, 2008.

Ronnie L. Williams, Law Offices of Ronnie L. Williams, of Mobile, AL, argued for petitioner.

Sean B. McNamara, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Donald E. Kinner, Assistant Director.

GAJARSA and DYK, Circuit Judges, and MORAN, Senior District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

* Honorable James B. Moran, Senior District Judge, United States District Court for the Northern District of Illinios, sitting by designation.